IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHELLY PARKER, et al., | ) | Case No. 03-CV-0213-EGS |
| | ) | |
| Plaintiffs, | ) | **[PROPOSED] JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] JUDGMENT

This matter came before the Court on plaintiffs' motion for summary judgment, pursuant to Rule 56, Fed. R. Civ. P.  There being no genuine issues of material facts in dispute, and plaintiffs being entitled to judgment as a matter of law, it is hereby ORDERED, ADJUDGED AND DECREED that the Clerk shall enter judgment FOR plaintiffs SHELLY PARKER, DICK ANTHONY HELLER, TOM G. PALMER, GILLIAN ST. LAWRENCE, TRACEY AMBEAU and GEORGE LYON, and AGAINST defendants DISTRICT OF COLUMBIA and ANTHONY WILLIAMS on plaintiffs' complaint; further,

IT IS ORDERED that defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this order, are:

1. PERMANENTLY ENJOINED from enforcing D.C. Code § 7-2502.02(a)(4), barring registration of handguns;

2. PERMANENTLY ENJOINED from enforcing D.C. Code § 7-2507.02 in such a manner as to bar the possession of functional firearms within the home or on possessed land; and

    3.    PERMANENTLY ENJOINED from enforcing D.C. Code §§ 22-4504 and 4515 in such a manner as to forbid the carrying of a firearm within one's home or possessed land without a license; further,

IT IS HEREBY DECLARED that D.C. Code § 7-2502.02(a)(4) is in violation of the Second Amendment to the United States Constitution, as are D.C. Code § 7-2507.02, if utilized in such a manner as to bar the possession of functional firearms within the home or on possessed land, and D.C. Code §§ 22-4504 and 4515, if utilized in such a manner as to forbid the carrying of a firearm within one's home or possessed land without a license.

SO ORDERED.

This the _____ day of _____, 2003.

_____
The Hon. Emmet G. Sullivan
United States District Judge

Copies to:

Alan Gura
Gura & Day, LLC
1717 K Street, N.W., Suite 600
Washington, D.C. 20036

Robert Utiger
441 4th St., N.W.
Sixth Floor South
Washington, DC 20001