IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHELLY PARKER, et al., | ) | Case No. 03-CV-0213-EGS |
| | ) | |
| Plaintiffs, | ) | **DECLARATION OF** |
| | ) | **DICK ANTHONY HELLER** |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF DICK ANTHONY HELLER

I, Dick Anthony Heller, am competent to state, and if called upon would testify to the following based on my personal knowledge:

1.     I reside in a high-crime neighborhood of the District of Columbia, on Kentucky Avenue, S.E. There are two open-air drug markets in the immediate vicinity of my home.

2.     I am a Special Police Officer of defendant District of Columbia. As a Special Police Officer, I am licensed to and do carry a handgun in the course of my employment at the Thurgood Marshall Federal Judicial Center in Washington, D.C., providing security for the federal judiciary.

3.     I own various firearms located outside the District of Columbia, including handguns and long guns, and presently intend to possess a functional handgun and long gun for self-defense within my own home, but I am prevented from doing so only by the defendants' active enforcement of unconstitutional policies complained of in this action. I am aware that I face criminal penalties if I possess a handgun, or any other functional firearm, at home.

4.      I applied to defendant District of Columbia for permission to possess a handgun within my home but was refused.  A true and correct copy of my refused application for handgun registration is attached hereto as Exhibit A.

5.      Being deprived of a handgun limits my ability to defend myself and my ability to act in concert with others for the common good, as a handgun could often be better suited for such uses than a rifle or shotgun.  Being deprived of a functional rifle or shotgun likewise limits my ability to defend myself and my ability to act in concert with others for the common good.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the _13_ day of March, 2003

_Dick Anthony Heller_
Dick Anthony Heller

2