P.D. 219 Rev. 9/76       METROPOLITAN POLICE DEPARTMENT WASHINGTON, D.C.

## APPLICATION FOR FIREARMS REGISTRATION CERTIFICATE
### $10.00 FEE REQUIRED WITH THIS APPLICATION  PRINT ALL INFORMATION

This application for a Firearms Registration Certificate must be handcarried to the Metropolitan Police Department, Firearms Registration Section, 300 Indiana Avenue, N.W. Washington, D.C. 20001 by the purchaser.
The purchaser MUST 1) be fingerprinted by the Metropolitan Police Department, however, if the purchaser has been fingerprinted by this department within five (5) years prior to submitting this application he need not be fingerprinted again if he offers other satisfactory proof of identity. 2) submit with this application two full face photographs of himself, 1¼ x 1-7/8 inches taken within 30 days of filing this application 3) have vision better than or equal to that required to obtain a valid driver's license in the District of Columbia (a current driver's license will be prima facie evidence that the applicant's vision is sufficient) 4) demonstrate satisfactory knowledge of the laws in the District of Columbia pertaining to firearms and the safe and responsible use of same.
No transfer of a firearm between the seller and the purchaser may be made until a reply from the Chief of Police has been received by both parties involved.

**SELLER'S NAME:** _(blank)_
**STREET ADDRESS:** _(blank)_  **APT. NO.:** _(blank)_
**CITY:** _(blank)_  **ZIP CODE:** _(blank)_

**PURCHASER/OWNER'S NAME:** HELLER, Dick A.
**STREET ADDRESS:** 263 KENTUCKY AVE S.E.
**CITY:** WASH  **DC**  **ZIP CODE:** 20003

### DESCRIPTION OF FIREARM
- **MAKE OF WEAPON:** HIGH STANDARD
- ☒ USED   ☐ NEW
- **MODEL:** BUNTLINE
- **SERIAL NUMBER:** M0499-17
- **NO. OF SHOTS:** 9
- **CALIBER:** .22
- **NO. OF BARRELS/LENGTH:** 1 / 9½
- **FINISH:** BLACK
- **TYPE OF ACTION:** Single

### DESCRIPTION OF PURCHASER/OWNER
- **DATE OF BIRTH:** 10 DEC '41
- **PLACE OF BIRTH:** San Diego, CA
- **OPERATOR'S PERMIT NUMBER:** 5555-88-211
- **SEX:** M
- **OCCUPATION:** Armed Security Guard
- **BUSINESS NAME:** BlackHawk Sec.
- **BUSINESS ADDRESS:** 5210 AUTH Rd Suitland MD 20746
- **HOME PHONE:** 202-544-3425
- **BUSINESS PHONE:** 301-316-8172

**PURCHASER/OWNER'S ADDRESSES FOR THE PAST FIVE -5- YEARS WITH DATES OF RESIDENCE:**
263 KENTUCKY AVE S.E.   DC   20003

**PURCHASER/OWNER'S OCCUPATION, BUSINESS NAME AND ADDRESSES FOR THE PAST FIVE -5- YEARS WITH DATES OF EMPLOYMENT:**
GSA Security, BlackHawk, 5210 Auth Rd. Suitland, MD, Dec 01 - Jy 02 - DCSPO, Sting Sec, 635 Mass. Ave. NW, Oct 60 - Dec 01 - Burns Sec, 701 S. 12th, Arl, VA, Nov 99 - Sep 00 - Vance Sec, 1000 Wilson Bl. Arl, VA, Jy 98 - Nov 99, HUDC U. 415 7th SW DC, Teller, May 97 - Oct 98.

**HAVE YOU PREVIOUSLY BEEN DENIED IN THE DISTRICT OF COLUMBIA ANY PISTOL, RIFLE OR SHOTGUN LICENSE OR REGISTRATION CERTIFICATE?** ☒ NO  ☐ YES  IF YES, EXPLAIN WHY AND BY WHOM

**HAVE YOU EVER BEEN INVOLVED IN ANY MISHAP INVOLVING A PISTOL, RIFLE OR SHOTGUN?** ☒ NO  ☐ YES  IF YES, EXPLAIN CIRCUMSTANCES, INCLUDING DATES, PLACES, AND NAMES OF ANY PERSONS INJURED OR KILLED.

**GIVE A BRIEF STATEMENT OF YOUR INTENDED USE OF THE FIREARM AND WHERE THE FIREARM WILL BE KEPT:**
PERSONAL PROTECTION

I HEREBY CERTIFY THAT I AM NOT FORBIDDEN BY EXISTING LAWS AND REGULATIONS FROM PURCHASING OR POSSESSING A FIREARM AND THAT THE INFORMATION GIVEN BY ME ON THIS APPLICATION IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND DOES NOT KNOWINGLY CONTAIN ANY MATERIAL MISREPRESENTATION OF FACT

**SIGNATURE OF SELLER:** Dick A. Heller  **DATE:** 7-17-02
**SIGNATURE OF PURCHASER/OWNER:** Dick A. Heller  **DATE:** 7-17-02

The Seller and the Purchaser MUST SIGN IN THE PRESENCE OF EACH OTHER.

### NOTICE
This application is VALID as a FIREARMS REGISTRATION CERTIFICATE only when stamped APPROVED by the Chief of Police and a REGISTRATION NUMBER is affixed thereto.

**THIS IS NOT A LICENSE TO CARRY A CONCEALED FIREARM.**

DISAPPROVED  DC Code 7-2502.02

JUL 19 '02  11:00

PAGE.005