**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
SHELLY PARKER, *et al.*,          )
                                  )
           Plaintiffs,    )
                                  )
           v.             )   Civil Action No. 03-0213 (EGS)
                                  )
DISTRICT OF COLUMBIA, *et al.*,   )
                                  )
           Defendants.    )
_____)

## ORDER

     Pursuant to the Memorandum Opinion Entered this same day and for all the reasons stated therein, it is by the Court

    **ORDERED** that the defendants' Motion to Dismiss is **GRANTED;** and it is

    **FURTHER ORDERED** that plaintiffs' Motion for Summary Judgment is **DENIED AS MOOT;** and it is

    **FURTHER ORDERED** and **ADJUDGED** that the Clerk shall enter final judgment in favor of defendants.


**SIGNED:   EMMET G. SULLIVAN**
          **UNITED STATES DISTRICT JUDGE**
          **March 31, 2004**