UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHELLY PARKER, et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-213 (EGS) |
| | ) | |
| DISTRICT OF COLUMBIA, et al | ) | |
| | ) | |
| Defendants. | | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order issued this day, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of the defendants.

Dated this  31st  Day of  March, 2004

NANCY MAYER-WHITTINGTON, Clerk

By:
   Barbara P. Montgomery, Deputy Clerk
   Signed March 31, 2004