IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLY PARKER, DICK ANTHONY HELLER, TOM G. PALMER, GILLIAN ST. LAWRENCE, TRACEY AMBEAU, and GEORGE LYON, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA and ANTHONY WILLIAMS, <br><br> Defendants. | Case No. 03-CV-0213-EGS <br><br> **NOTICE OF APPEAL** |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Shelly Parker, Dick Anthony Heller, Tom G. Palmer, Gillian St. Lawrence, Tracey Ambeau, and George Lyon, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment, and from the order granting defendants' motion to dismiss and denying plaintiffs' motion for summary judgment, entered in this action on the 31st day of March, 2004.

Dated: April 6, 2004

Respectfully Submitted,

Alan Gura (D.C. Bar No. 453449)
Gura & Day, LLC
Robert A. Levy (D.C. Bar No. 447137)
Clark M. Neily, III (D.C. Bar No. 475926)
1717 K Street, N.W., Suite 600
Washington, D.C. 20036
Phone: 202.550.8777
Fax:    202.318.4512

By: _____
Alan Gura
Attorneys for Plaintiffs