IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 03-CV-0213-EGS<br><br>**PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS**<br>**[42 U.S.C. § 1988]** |

## PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

**COME NOW** Plaintiff Dick Anthony Heller and his undersigned counsel, and move this Honorable Court to award Plaintiff's counsel their attorney fees and costs pursuant to 42 U.S.C. § 1988.

This motion is made upon the attached memorandum in support of said motion, declarations, exhibits, the Court's file, and any other matter deemed relevant to the determination of the motion.

The attorney fees and costs requested by this motion are as follows:

Attorney Fees:

Alan Gura: 1,661 hours x $557/hr. x 2.0 enhancement = $1,850,354.00
Clark M. Neily, III: 808.3 hours x $557/hr. x 2.0 enhancement = $900,446.20
Robert A. Levy: 595.6 hours x $557/hr. x 2.0 enhancement = $663,498.40
Thomas Huff: 153.6 hours x $285/hr. x 2.0 enhancement = $87,552.00
Gene Healy: 33.7 hours x $494/hr. x 2.0 enhancement = $33,295.60
Laura A. Possessky: 18 hours x $557/hr. x 2.0 enhancement = $20,052.00
Christopher M. Day: 3.5 hours x $557/hr. x 2.0 enhancement = $3,899.00

<u>Costs Reimbursable to Robert Levy</u>:

Travel expenses: $3,544.00
Photocopy/printing expenses: $765.44
Teleconferencing: $244.00
Postage: $212.36
Messenger fees: $124.47
Outside Legal Services: $7,650.00

Counsel has corresponded with opposing counsel seeking to meet and confer over the subject matter of this motion, and was advised by opposing counsel that a response would be provided, but none has been received. Counsel have previously discussed the issue of attorney fees and costs. Accordingly, Counsel believes that the motion will be opposed.

Wherefore, Plaintiff and Counsel respectfully request that the motion be granted.

Dated: August 25, 2008         Respectfully submitted,

                                                Alan Gura (D.C. Bar No. 453449)
                                                Gura & Possessky, PLLC
                                                Robert A. Levy (D.C. Bar No. 447137)
                                                Clark M. Neily, III (D.C. Bar No. 475926)
                                                101 N. Columbus Street, Suite 405
                                                Alexandria, VA 22314
                                                Phone: 703.835.9085
                                                Fax:   703.997.7665

                                    By: ____/s/Alan Gura_____
                                                Alan Gura

                                                Attorneys for Plaintiffs