IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DICK ANTHONY HELLER, et al., ) | Case No. 03-CV-0213-EGS | |
| Plaintiffs, ) | **[PROPOSED] ORDER** | |
| v. ) | | |
| DISTRICT OF COLUMBIA, et al., ) | | |
| Defendants. ) | | |

## **[PROPOSED] ORDER**

This matter came before the Court on Plaintiff and Counsel's motion for an award of attorney fees and expenses pursuant to 42 U.S.C. § 1988.

Upon reviewing the motion and supporting declarations and exhibits, the Court orders that the motion be GRANTED.

Defendants shall pay to Plaintiff's counsel attorney fees, as follows:

<u>Attorney Fees:</u>

Alan Gura: 1,661 hours x ($589/hr. *Laffey* + $201/hr *Perdue* adjustment) = $1,312,190
Clark Neily: 808.3 hours x ($589/hr. *Laffey* + $201/hr *Perdue* adjustment) = $638,557
Robert Levy: 595.6 hours x ($589/hr. *Laffey* + $201/hr *Perdue* adjustment) = $470,524
Thomas Huff: 153.6 hours x ($361/hr. *Laffey* + $39/hr. *Perdue* adjustment) = $61,440
Gene Healy: 33.7 hours x ($589/hr. *Laffey* + $201/hr *Perdue* adjustment) = $26,623
Laura Possessky: 18 hours x ($589/hr. *Laffey* + $201/hr *Perdue* adjustment) = $14,220
.

Defendants shall also pay Plaintiff's counsel *Perdue* interest in the amount of $589,627.95.

Furthermore, in addition to ordinary costs appearing on Plaintiff's Bill of Costs, Defendants shall pay Plaintiff's counsel, Robert A. Levy, reimbursement for the following expenses:

Travel expenses: $3,544.00
Photocopy/printing expenses: $765.44
Postage: $212.36
Teleconferencing: $244.00
Messenger fees: $124.47
Outside Legal Services: $7,650.00

SO ORDERED.

This the ____ day of _____, 2010.

_____
The Hon. Emmet G. Sullivan
United States District Judge

Copies to:

| | |
|---|---|
| Alan Gura | Andrew Saindon |
| Gura & Possessky, PLLC | Office of the Attorney General |
| 101 N. Columbus St., Suite 405 | 441 4th Street, N.W. |
| Alexandria, VA 22314 | Washington, DC 20001 |