UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLY PARKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 03-0213 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of Assistant Deputy Attorney General Samuel C. Kaplan as counsel for defendants in the instant action.

DATE: November 23, 2010          Respectfully submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

          /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Deputy Attorney General and
Chief, Equity I Section
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886

          /s/ Samuel C. Kaplan
SAMUEL C. KAPLAN, D.C. Bar No. 463350
Assistant Deputy Attorney General
Civil Litigation Division
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-7272
samuel.kaplan@dc.gov

       /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov