# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DICK ANTHONY HELLER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 03-CV-0213-EGS |
| DISTRICT OF COLUMBIA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Dick Anthony Heller, et al.

Date: 12/17/2010

*Attorney's signature*

Clark M. Neily III, DC Bar No. 475926
*Printed name and bar number*

Institute for Justice
901 North Glebe Road, Suite 900
Arlington, VA 22203

*Address*

cneily@ij.org
*E-mail address*

(703) 682-9320
*Telephone number*

(703) 682-9321
*FAX number*