UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHELLY PARKER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-0213 (EGS) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Pursuant to the Court's direction at and after the motions hearing held on March 23, 2011, the District of Columbia provides the following information, provided by the firms that gave *pro bono* assistance to the District in this matter. Each firm provided standard rates for each attorney who assisted the District in this case during the period that the *pro bono* services were provided (2007–08). The District has placed those rates in a range within the corresponding experience-level groupings identified by the Court as follows:

| | |
|---|---|
| 1 to 3 years | $255/hr to $450/hr |
| 4 to 7 years | $480/hr |
| 8 to 10 years | $650/hr |
| 11 to 20 years | $640/hr to $800/hr |
| 20 + years | $760/hr to $950/hr |

Each of the three firms explained that the quoted hourly rates can vary significantly depending upon the client and case at issue. In addition, it is common for the firms to use alternative fee arrangements, including flat or capped fees for appellate and other types of work as well as various other arrangements. With respect to the type of work at issue here (*i.e.*, Supreme Court work), the firms stated that they generally do not charge their highest rates, and frequently charge significantly lower than their highest rates (either through flat/capped fees or

otherwise), because of the value that those cases offer to the firms and their reputation. This explanation concerning their standard rates applies both to the period when the firms worked on this case, as well as to current rates.

DATE: April 6, 2011                    Respectfully submitted,

                                       IRVIN B. NATHAN
                                       Acting Attorney General for the District of Columbia

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General, Civil Litigation Division

                                              /s/ Ellen A. Efros
                                       ELLEN A. EFROS, D.C. Bar No. 250746
                                       Chief, Equity Section I
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 442-9886

                                              /s/ Samuel C. Kaplan
                                       SAMUEL C. KAPLAN, D.C. Bar No. 463350
                                       Assistant Deputy A.G., Civil Litigation Division
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 724-7272
                                       samuel.kaplan@dc.gov

                                              /s/ Andrew J. Saindon
                                       ANDREW J. SAINDON, D.C. Bar No. 456987
                                       Assistant Attorney General
                                       Equity I Section
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 724-6643
                                       Facsimile: (202) 730-6643
                                       andy.saindon@dc.gov