UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLY PARKER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.03-0213 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF WITHDRAWAL

Pursuant to LCvR 83.6(b), the Clerk shall please withdraw the appearance of Samuel C. Kaplan as counsel for defendants in the instant matter.

DATE: June 27, 2011            Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

     /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886


     /s/ Samuel C. Kaplan
SAMUEL C. KAPLAN, D.C. Bar No. 463350


     /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section

-2-

        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        Telephone: (202) 724-6643
        Facsimile: (202) 730-1470
        andy.saindon@dc.gov