UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SHELLY PARKER, *et al.*             )
                                    )
                    Plaintiffs,     )
                                    )
        v.                          )        Civil Action No. 03-0213 (EGS)
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
                    Defendants.     )
_____)

## NOTICE OF SUPPLEMENTAL AUTHORITY

The District of Columbia respectfully notifies the Court of supplemental authority. On July 19, 2011, the trial judge issued a decision (copy attached) in *Kenny A. v. Deal*, No. 02-cv-1686 (N.D. Ga.), denying plaintiffs' renewed motion for attorneys' fees, on remand from the Supreme Court's decision in *Perdue v. Kenny A.*, 130 S. Ct. 1662 (2010).

The trial court had originally awarded plaintiffs a 75% enhancement of the lodestar amount of $6 million in attorneys' fees, "based on the quality of representation provided by class counsel and the extraordinary results they achieved." *Kenny A. v. Deal*, *supra*, slip op. at 2. On remand, the court denied any enhancement at all:

> The guidelines established by the Supreme Court in this case significantly limit the circumstances under which a district court may enhance the lodestar based on superior attorney performance. Notwithstanding the truly outstanding performance of plaintiffs' counsel in this case and the resulting benefit to the plaintiff class, the evidence in the record does not support the award of an enhancement under these newly established guidelines.

*Id*. at 28.

DATE:  July 22, 2011              Respectfully submitted,

                                 IRVIN B. NATHAN
                                 Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Ellen A. Efros_____
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Deputy Attorney General
Civil Litigation Division
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886

_____/s/ Andrew J. Saindon_____
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General, Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov