UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DICK ANTHONY HELLER,                )
                                    )
       Plaintiff,                  )
                                    ) Civil Action No. 03-213 (EGS)
       v.                          )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
       Defendants.                 )

---

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that plaintiff is awarded attorneys' fees in the amount of $1,132,182.00 and expenses in the amount of $4,890.27; and it is

**FURTHER ORDERED** that [66] plaintiff's motion to strike the affidavit of Dr. Laura Malowane is **DENIED**; and it is

**FURTHER ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case.  This is final and appealable order.  See Fed. R. App. P. 4(a).

    **SO ORDERED.**

**SIGNED:**    **Emmet G. Sullivan**
            **United States District Court Judge**
            **December 29, 2011**