IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DICK ANTHONY HELLER, et al., | ) | Case No. 03-CV-0213-EGS |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Plaintiff's consent motion to correct the judgment pursuant to Fed. R. Civ. Proc. 60(a).

The Court granted the motion on January 24, 2012. Calculating the attorney fees on the basis of the 2011-2012 USAO Laffey Matrix, the judgment of December 29, 2011 is modified as follows:

**ORDERED** that Plaintiff is awarded attorneys' fees in the amount of $1,172,644.89 and expenses in the amount of $4,890.27; and it is

**FURTHER ORDERED** that the Clerk shall allow ordinary expenses as presented on Plaintiff's Cost Bill [Dkt. 41] in the amount of $680.03; and it is

**FURTHER ORDERED** that [66] plaintiff's motion to strike the affidavit of Dr. Laura Malowane is **DENIED**; and it is

**FURTHER ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case. This is final and appealable order. See Fed. R. App. P. 4(a).

**SO ORDERED.**

SIGNED: Emmet G. Sullivan
      United States District Court Judge
      January 25, 2012