IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, et al., ) | Case No. 03-CV-0213-EGS |
| ) | |
| Plaintiffs, ) | NOTICE OF APPEAL |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Dick Anthony Heller, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order and judgment awarding attorney fees and costs entered in this action and denying the motion to strike the affidavit of Dr. Laura Malowane, as entered and modified pursuant to Rule 60 on January 25, 2012.

Dated:  February 23, 2012          Respectfully submitted,

                                                            Alan Gura
                                                         Gura & Possessky, PLLC
                                                        Robert A. Levy
                                                        Clark M. Neily, III
                                                        101 N. Columbus Street, Suite 405
                                                        Alexandria, VA 22314
                                                        703.835.9085/Fax 703.997.7665

                                              By:  /s/Alan Gura
                                                        Alan Gura

                                                        Attorney for Plaintiffs