UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DICK ANTHONY HELLER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 03-0213 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF APPEAL

Notice is hereby given this 23rd day of February, 2012, that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the original and amended final orders and judgments of this Court (Sullivan, J.) awarding attorney fees and costs to plaintiffs, entered in this action on the 29th day of December, 2011 (Docket No. 85), and the 25th day of January, 2012 (Docket No. 91), and from any and all orders merged therein.

DATE: February 23, 2012          Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Deputy Attorney General
Civil Litigation Division
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General, Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
andy.saindon@dc.gov

Serve:  Alan Gura, Esq.
        Gura & Possessky, PLLC
        101 N. Columbus Street, Suite 405
        Alexandria, VA 22314