# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 12-7021**                                     **September Term 2011**

1:03-cv-00213-EGS

Filed On: April 10, 2012 [1367995]

Shelly Parker,

    Appellee

Dick Anthony Heller,

    Appellant

Tom G. Palmer, et al.,

    Appellees

    v.

District of Columbia,

    Appellee

------------------------------

Consolidated with 12-7022

### ORDER

Upon consideration of the joint motion to dismiss the appeals, it is

**ORDERED** that the motion be granted, and these cases are hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Mark A. Butler
Deputy Clerk

True copy:
United States Court of Appeals
for the District of Columbia Circuit
                          Deputy Clerk